NATIONAL SURETY CORPORATION, Respondent, *v.* FEDERAL RESERVE BANK OF NEW YORK, Appellant, and NATIONAL SAFETY BANK AND TRUST COMPANY OF NEW YORK et al., Impleaded Defendants.

Supreme Court, Appellate Term, First Department, December 5, 1946.

*John J. Clarke, Alfred L. Pitts* and *Walter S. Logan* for appellant.

*Charles R. McNamee, Stewart Maurice* and *Henry W. Nichols* for respondent.

Order affirmed, with $10 costs.

Concur: HAMMER, SHIENTAG and HECHT, JJ.